**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ALPHONZE MOODY,

  Plaintiff,

v.                                  CASE NO.: 6:23-cv-01234-RBD-LHP

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION
LLC, and FIFTH THIRD BANK,
NATIONAL ASSOCIATION

     Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

      COMES NOW Plaintiff, ALPHONZE MOODY, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his causes of action in the Complaint against the Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"). Defendant, Experian, has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this 3rd day of October, 2023.

        **/s/Christopher Legg**
        Christopher W. Legg, Esq
        Florida Bar #: 4460
        The Consumer Lawyers PLLC
        412 E. Madison St, Ste 916
        Tampa, FL 33602
        Cell: (813)299-8537
        Facsimile: (844)951-3933
        Primary Email:
        Chris@theconsumerlawyers.com
        Secondary Email:
        Lisa@theconsumerlawyers.com
        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 3rd day of October, 2023 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

        **/s/Christopher Legg**
        Christopher W. Legg, Esq
        Florida Bar #:4460
        *Counsel for Plaintiff*